1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|---|
| 13 | The Cellular Telephone Assigned Call Number 775-420-6287 | 2:18-SW-0432 AC |
| 15 | The Cellular Telephone Assigned Call Number 775-221-2856 | 2:18-SW-0456 CKD |
| 16 | The Cellular Telephone Assigned Call Number 209-765-4381 | 2:18-SW-0457 CKD |
| 18 | Information Associated With The Snapchat Account "Sanchez79" That Is Stored At Premises Controlled By Snap, Inc. | 2:18-SW-0464 CKD |
| 20 | The Property Located at 28974 Avenue 22, Madera, California | 2:18-SW-0507 EFB |
| 22 | A White Ford F-150 bearing California license plate 43199F2 | 2:18-SW-0509 EFB |
| 24 | Apple iPhone cellular telephone bearing IMEI 352016078588316 ("Device # 1") and an Apple iPhone bearing IMEI 355693075423122 ("Device # 2") | 2:18-SW-0524 KJN |

FILED
FEB 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: Feb 7, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE